489 A.2d 195

James W. GARSTECK, Robert N. Brounce, Francine Carroll and Shirley W. Watson, Appellants,

v.

UNITED STATES STEEL CORPORATION and Commonwealth of Pennsylvania, Unemployment Compensation Board of Review.

Supreme Court of Pennsylvania.

Argued March 5, 1985.

Decided March 20, 1985.

John Patrick Lydon, Sikov & Love, PA, Pittsburgh, for appellants.

James T. Carney, Pittsburgh, for appellee U.S. Steel Corp.

Charles Hasson, Acting Deputy Chief Counsel, Harrisburg, for appellee Unemployment Compensation Bd. of Review.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order affirmed.